BLAKE G. HALL, ESQ.
SAM L. ANGELL, ESQ.
HALL ANGELL & ASSOCIATES, LLP
1075 S Utah Avenue, Suite 150
Idaho Falls, Idaho 83402
Telephone (208) 522-3003
Fax (208) 621-3008
*ISB Nos. 2434 and 7012*
bgh@hasattorneys.com
sla@hasattorneys.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RODNEY BURCH,<br><br>                Plaintiff,<br><br>v.<br><br>CITY OF CHUBBUCK, a political subdivision of the State of Idaho; and KEVIN B. ENGLAND, in his individual and official capacity,<br><br>                Defendants. | Case No. 4:22-cv-00366-AKB<br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Defendants CITY OF CHUBBUCK and KEVIN B. ENGLAND, by and through counsel of record, HALL ANGELL & ASSOCIATES, LLP, hereby move this Court for an Order granting summary judgment or judgment in this matter in favor of the City of Chubbuck and Kevin B. England, pursuant to Federal Rule of Civil Procedure Rule 56. This motion is based upon the record, pleadings, memorandum in support, and declarations in support filed herewith. Oral argument is requested.

MOTION FOR SUMMARY JUDGMENT - 1

DATED this 15th day of December, 2023.

*Sam Angell*
_____
SAM L. ANGELL

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing document upon the following on December 15, 2023, by the method indicated below:

| | |
|---|---|
| DeAnne Casperson, Esq.<br>Amanda Ulrich, Esq.<br>Ryan S. Dustin, Esq.<br>CASPERSON ULRICH DUSTIN<br>356 W Sunnyside Road, Ste B<br>Idaho Falls, ID 83402<br>Email: dcasperson@workandwage.com<br>Email: aulrich@workandwage.com<br>Email: rdustin@workandwage.com | [X] ECF |

/S/
_____
SAM L. ANGELL